# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BENNETT, MARK W. | USDC/Northern District of Iowa | 7/19/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 313 United States Courthouse<br>320 Sixth Street<br>Sioux City, IA 51101 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Aspen Publishing | $4,000.00 |
| 2. 2009 | Drake University Law School | $3,600.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year. complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp. 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 1/21/09-1/23/09 | New York, NY | EPLI Confernece | airfare, lodging. meals |
| 2. | Aspen Institute | 1/29/09-2/1/10 | New York, NY | Seminar on International Human Rights | aifare, lodging, meals |
| 3. | American Bar Association | 4/2/09-4/5/09 | Orlando, FL | National Conference on EEO Law | mileage, lodging, meals |
| 4. | Pennsylvania Bar Institute | 4/15/09-4/17/09 | Philadephia, PA | Employment Law Institute | airfare, lodging, meals |
| 5. | DRI | 4/29/09-5/2/09 | Orlando. FL | DRI Employment Law Seminar | airfare, lodging, meals |
| 6. | Minnesota CLE | 5/27/09-5/28/09 | St. Paul, MN | Upper Midwest | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

| | | | Employment Law Institute | |
|---|---|---|---|---|
| 7. | Association of American Law Schools | 6/9/09-6/12/09 | Long Beach, CA | AALS Midwinter Meeting | airfare, lodging, meals |
| 8. | Iowa Defense Counsel Assoc. | 9/17/09-9/18/09 | Des Moines, IA | Iowa Defense Counsel Meeting | airfare, lodging, meals |
| 9. | Gates Public Service Law Program | 10/4/09-10/7/09 | Seattle, WA | Gates Public Service Law Program | mileage, lodging, meals |
| 10. | Idaho Bar Association | 10/8/09-10/11/09 | Sun Valley, ID | Three State Federal Bar Conference | airfare, lodging, meals |
| 11. | Ohio State Bar Association | 10/21/09-10/23/09 | Columbus, OH | Fifth Biennial Ohio Fedearl Bench/Bar Conference | airfare, lodging, meals |
| 12. | NELA | 10/23/09-10/25/09 | Boston, MA | 2009 Fall Seminar | airfare, lodging, meals |
| 13. | American Bar Association | 11/4/09-11/7/09 | Washington, DC | 2009 Annual CLE Program | airfare, lodging, meals |
| 14. | IACDL | 11/12/09-11/12/09 | Des Moines, IA | IACDL Seminar | mileage |
| 15. | Iowa State Bar Association | 12/18/09-12/18/09 | Des Moines, IA | Federal Practice Seminar | mileage |
| 16. | Drake Law School | Spring Semester | Des Moines, IA | Co-Teaching law class | mileage, lodging, meals |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (IRA/Schwab) | | None | | | | | | | |
| 2. Aim Global Health Care (Y) | | None | | | | | | | |
| 3. CGM Focus Fund (Y) | | None | | | | | | | |
| 4. Columbia Select Opportunity Fund (Y) | | None | | | | | | | |
| 5. Columbia Value & Restructering (Y) | | None | | | | | | | |
| 6. Harding Loevner Emerging (Y) | | None | | | | | | | |
| 7. Rainier Small/Mid Cap Equity Portfolio (Y) | | None | | | | | | | |
| 8. Schwab Money Market Fund (Y) | | None | | | | | | | |
| 9. Non-IRA (Fidelity Account) | | | | | | | | | |
| 10. ANTX | | None | J | T | | | | | |
| 11. Berkshire Hathaway | | None | J | T | Buy | 04/27/09 | J | | |
| 12. FBR Focus Fund | | None | J | T | Buy | 08/03/09 | J | | |
| 13. Fidelity Emerging Markets | | None | J | T | Buy (add'l) | 11/04/09 | J | | |
| 14. | | | | | Sold | 04/13/09 | J | C | |
| 15. First Eagle Global Class C | A | Dividend | J | T | Buy | 08/03/09 | J | | |
| 16. | | | | | Buy (add'l) | 11/18/09 | J | | |
| 17. Franklin Income Class C | A | Dividend | | | Sold | 04/13/09 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 –More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal L =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. FundX Aggressive Upgrader Fund | A | Dividend | | | Closed | 01/11/09 | J | | |
| 19. | | | | | Sold | 04/13/09 | J | C | |
| 20. Hartford Capital Appreciation CL C | | None | | | Sold | 04/13/09 | J | C | |
| 21. Invesco Intl. Small Co. | A | Dividend | J | T | Buy | 04/20/09 | J | | |
| 22. JDS Uniphase | | None | | | Sold | 04/13/09 | J | A | |
| 23. Pimco Total Return Class C | A | Dividend | J | T | Buy | 11/18/09 | J | | |
| 24. Surebeam Corp. | | None | J | T | | | | | |
| 25. Vanguard Index FDS | A | Dividend | J | T | Buy | 04/20/09 | J | | |
| 26. WasatchUltra Growth | | None | | | Sold | 04/13/09 | J | A | |
| 27. Miscellaneous Holdings | | | | | | | | | |
| 28. Iowa College Savings Account self-- no control | | None | K | T | | | J | | |
| 29. Iowa College Savings Account . . . [____] no control | | None | J | T | | | J | | |
| 30. CKG ACCT; Fidelity, Boston MA | A | Interest | J | T | | | | | |
| 31. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 32. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | J | | |
| 33. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |
| 34. Belcour Pension Invest VI | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. LMTD PTRSHIP; Riverfront Ass'n; Des Moines. | | None | J | W | | | | | |
| 36. LMTD PTRSHIP-Shearson Senior Income Fund | | None | J | W | | | | | |
| 37. LMTD PTRSHIP-Shearson Coast Savings | | None | J | W | | | | | |
| 38. LMTD PTRSHIP-Caryle Real Estate | | None | J | W | | | | | |
| 39. RESIDENTIAL LOT; Sioux City, IA | | None | K | W | | | | | |
| 40. IRA Fidelity | | | | | | | | | |
| 41. Aim International Small Company (Y) | | | | | | | | | |
| 42. Barclays Global Investors Funds | | None | | | Buy | 09/11/09 | J | | |
| 43. | | | | | Sold | 10/22/09 | J | C | |
| 44. Baron Partners Fund | | None | | | Sold | 05/19/09 | J | C | |
| 45. Berkshire Hathaway Inc DEL CL B | | None | J | T | Buy (add'l) | 03/17/09 | J | | |
| 46. | | | | | Buy (add'l) | 04/08/09 | J | | |
| 47. | | | | | Buy (add'l) | 04/27/09 | J | | |
| 48. | | | | | Sold (part) | 12/02/09 | J | D | |
| 49. | | | | | Sold (part) | 12/02/09 | J | C | |
| 50. | | | | | Sold (part) | 12/28/09 | J | C | |
| 51. | | | | | Sold (part) | 12/28/09 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,601 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Boston Partners | | None | K | T | Buy | 12/28/09 | J | | |
| 53. FBR Focus Fund | | None | | | Sold | 11/11/09 | J | C | |
| 54. Fidelity Global Balanced | A | Dividend | J | T | Buy | 10/27/09 | J | | |
| 55. | | | | | Buy (add'l) | 12/02/09 | J | | |
| 56. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 57. Fidelity Emerging Markets | A | Dividend | | | Buy (add'l) | 04/02/09 | J | | |
| 58. | | | | | Sold | 12/28/09 | J | D | |
| 59. First Eagle Global Class C | A | Dividend | J | T | Buy (add'l) | 03/17/09 | J | | |
| 60. | | | | | Sold (part) | 05/19/09 | J | C | |
| 61. | | | | | Buy (add'l) | 12/29/09 | J | | |
| 62. First Potomac RLTY | A | Dividend | | | Sold | 09/10/09 | J | D | |
| 63. FundX Aggressive Upgrader Fund | A | Dividend | | | Sold | 08/24/09 | J | D | |
| 64. Ishares Inc. MSCI BRazil Index Fund | A | Dividend | | | Sold | 09/29/09 | J | D | |
| 65. IVA Worldwide Fund | A | Dividend | K | T | Buy | 05/18/09 | J | | |
| 66. | | | | | Buy (add'l) | 05/19/09 | J | | |
| 67. | | | | | Buy (add'l) | 09/29/09 | J | | |
| 68. JP Morgan Russia | | None | | | Buy | 05/20/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | L =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold (part) | 11/18/09 | J | B | |
| 70. | | | | | Sold | 12/28/09 | J | B | |
| 71. Lord Abbett Develop Growth | | None | | | Sold | 12/30/09 | J | C | |
| 72. Market Vectors | | None | J | T | Buy | 11/16/09 | J | | |
| 73. | | | | | Buy (add'l) | 12/01/09 | J | | |
| 74. Matthews China Fund | A | Dividend | J | T | Buy | 11/09/09 | J | | |
| 75. | | | | | Buy (add'l) | 12/29/09 | J | | |
| 76. Matthews Pacific Tiger Fund | | None | | | Sold | 09/14/09 | J | D | |
| 77. Metzler Payden | A | Dividend | | | Sold | 09/22/09 | J | C | |
| 78. Neurberger Berman Partners Trust | | None | | | Buy (add'l) | 04/08/09 | J | | |
| 79. | | | | | Buy (add'l) | 05/19/09 | J | | |
| 80. | | | | | Sold | 11/03/09 | J | D | |
| 81. New Century Alter Strategies | A | Dividend | J | T | Buy | 12/28/09 | J | | |
| 82. Oakmark Equity & Income FD | A | Dividend | K | T | Sold (part) | 05/18/09 | J | D | |
| 83. | | | | | Buy (add'l) | 11/04/09 | J | | |
| 84. Pimco Total Return Class | A | Dividend | J | T | Buy | 09/08/09 | J | | |
| 85. | | | | | Buy (add'l) | 09/14/09 | J | | |

---

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy (add'l) | 09/22/09 | J | | |
| 87. | | | | | Buy (add'l) | 11/16/09 | J | | |
| 88. | | | | | Buy (add'l) | 11/23/09 | J | | |
| 89. | | | | | Sold (part) | 12/24/09 | J | E | |
| 90. ProShares Ultra Short Consumer Services | | None | | | Sold | 05/08/09 | J | C | |
| 91. ProShares Ultra Short FINLS | A | Dividend | | | Buy (add'l) | 05/08/09 | J | | |
| 92. | | | | | Sold (part) | 05/13/09 | J | B | |
| 93. | | | | | Buy (add'l) | 05/14/09 | J | | |
| 94. | | | | | Buy (add'l) | 08/12/09 | J | | |
| 95. | | | | | Sold (part) | 08/26/09 | J | C | |
| 96. | | | | | Sold | 09/21/09 | J | C | |
| 97. ProShares Ultra Short MSCI Emerging Mkt ** See Notes | | None | J | T | | | | | |
| 98. Oppenheimer Gold & SPL Minerals | A | Dividend | J | T | | | | | |
| 99. Perkins Discovery | | None | | | Sold | 09/22/09 | J | C | |
| 100. Quantitative Emerging Markets | | None | | | Sold | 08/24/09 | J | C | |
| 101. T. Rowe Price | A | Dividend | J | T | Buy (add'l) | 10/27/09 | J | | |
| 102. | | | | | Sold (part) | 12/28/09 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. United STS Natural Gas | | None | J | T | Buy | 09/11/09 | J | | |
| 104. Van Eck Emerging Markets | | None | | | Buy (add'l) | 05/19/09 | J | | |
| 105. | | | | | Sold | 08/24/09 | J | C | |
| 106. Vanguard Index FDS | | None | J | T | Buy | 04/08/09 | J | | |
| 107. | | | | | Buy (add'l) | 05/05/09 | J | | |
| 108. | | | | | Buy (add'l) | 05/08/09 | J | | |
| 109. | | | | | Buy (add'l) | 09/29/09 | J | | |
| 110. | | | | | Sold (part) | 09/21/09 | J | | |
| 111. Vanguard Inflation | A | Dividend | J | T | Sold (part) | 04/02/09 | J | E | |
| 112. | | | | | Sold (part) | 04/27/09 | J | D | |
| 113. | | | | | Sold (part) | 05/14/09 | J | C | |
| 114. | | | | | Buy (add'l) | 12/29/09 | J | | |
| 115. Vanguard World FD Mega Cap | A | Dividend | | | Buy | 04/08/09 | J | | |
| 116. | | | | | Sold | 09/21/09 | J | C | |
| 117. Wasatch 1st Source | | None | J | T | Buy | 12/29/09 | J | | |
| 118. Wasatch Hoisington US | A | Dividend | J | T | | | | | |
| 119. IRA Smith Barney | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Blackrock Energy & Resources | A | Dividend | J | T | Buy | 11/12/09 | J | | |
| 121. | | | | | Buy (add'l) | 12/01/09 | J | | |
| 122. Citibank NA South Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 123. Constellation Engery Grp | A | Interest | | | Sold | 11/19/09 | J | B | |
| 124. Diamonds Trust | A | Dividend | | | Sold | 11/12/09 | J | D | |
| 125. Dreyfus Liquid Assets, Inc | | None | J | T | Open | 11/12/09 | J | | |
| 126. | | | | | Redeemed (part) | 11/12/09 | J | | |
| 127. First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 128. First IND Realty Trust | A | Dividend | J | T | Buy | 11/12/09 | J | | |
| 129. Franklin Income Advisor Class (X) | A | Dividend | J | T | | | | | |
| 130. Franklin Income Fund Class C | B | Dividend | J | T | Buy (add'l) | 03/19/09 | J | | |
| 131. | | | | | Sold (part) | 11/12/09 | K | E | |
| 132. Hartford Capital Appreciation Fund | | None | J | T | Sold (part) | 11/12/09 | K | E | |
| 133. | | | | | Sold (part) | 12/01/09 | J | C | |
| 134. Henderson European Focus Fund | | None | | | Sold | 11/12/09 | K | E | |
| 135. ING Groep | A | Dividend | | | Sold | 11/12/09 | J | B | |
| 136. INGRussian Fund | | None | | | Buy | 05/18/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold | 12/01/09 | J | C | |
| 138. Ishares S&P U.S. Preferred Stock | A | Dividend | J | T | Buy | 11/12/09 | J | | |
| 139. Ivy Asset Strategy Fund | A | Dividend | K | T | Buy | 11/12/09 | K | | |
| 140. Ivy Global Natural Resources | | None | J | T | Buy | 11/12/09 | J | | |
| 141. Lexington Realty Trust | | None | J | T | Buy | 11/12/09 | J | | |
| 142. MFS Emerging Markets Deb Fund | A | Dividend | J | T | Buy | 11/12/09 | J | | |
| 143. National Bank of Greece | A | Dividend | | | Sold | 11/12/09 | J | B | |
| 144. Oppenheimer Gold and Special Minderals Class C | A | Dividend | J | T | | | | | |
| 145. Prudential Financial Inc. | A | Interest | | | Sold | 05/18/09 | J | B | |
| 146. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 11/12/09 | J | | |
| 147. Vanguard Emerging Markets ETF | A | Dividend | J | T | Buy | 11/12/09 | J | | |
| 148. Washington Mutual Bank COD (Y) | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The IRA Schawb Account (lines 2-8) ran out of money in January/February 2009  The account is no longer owned by the undersigned.

Aim International Small Co  (line 41) was completely sold in 2008.

ProsharesUltra Short MSCI (line 90),  was completely sold in 2008.

Franklin Income Advisor Class (line 129) was acquired in 2006 and was erroneously left off past reports.

Washington Mutual Bank COD (line 148) matured  in 2007 and was erroneously included in the 2008 Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 7/19/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544